◼ WILLIAM JACQUES, Appellant, v LECESSE CONSTRUCTION SERVICES, LLC, Respondent. [999 NYS2d 910]—Appeal from an order of the Supreme Court, Monroe County (Matthew A.

Rosenbaum, J.), entered August 19, 2013 in a breach of contract action. The order denied the motion of plaintiff for summary judgment and granted the cross motion of defendant for leave to amend its affirmative defenses.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.